STATE v. BARKER

No. 92 PC.

Case below: 8 N.C. App. 311.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 July 1970.

STATE v. BARNETTE

No. 99 PC.

Case below: 8 N.C. App. 198.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied and motion to stay execution denied 14 July 1970.

STATE v. BENFIELD

No. 71 PC.

Case below: 8 N.C. App. 103.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

STATE v. BINES

No. 75 PC.

Case below: 8 N.C. App. 1.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.

STATE v. BLALOCK

No. 138 PC.

Case below: 9 N.C. App. 94.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

STATE v. BOLDER

No. 85 PC.

Case below: 8 N.C. App. 343.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.